```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :      Recommendation to BOP

        - v -                       :      15 Cr. 537 (VEC)

Anthony Scott,                      :

              Defendant.            :

------------------------------------x
```

Upon the application of **Anthony Scott**, by his attorney, **Jennifer Brown, Esq.**, Federal Defenders of New York, and after review of medical records filed under seal, it is hereby

**RECOMMENDED** that the medical staff at FMC Butner provide Mr. Scott with cognitive behavioral therapy on a weekly basis to address his seizures;

**ORDERED** that the Government is to provide the Court with an update on the status of Mr. Scott's mental health treatment on March 10, 2020.

Dated:  New York, New York              SO ORDERED:
        January 8, 2020

                                        _____
                                        HONORABLE VALERIE E. CAPRONI
                                        United States District Judge