USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
ANTHONY SCOTT, :
:
Defendant. :
---------------------------------------------------------------X

15-CR-537-5 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 9, 2017, Mr. Scott was sentenced to a term of imprisonment of twenty-three years, *see* Judgement, Dkt. 674;

WHEREAS on October 13, 2026, Mr. Scott filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Letter Motion, Dkt. 1969; and

WHEREAS the Court has considered the record in this case.

IT IS HEREBY ORDERED that Mr. Scott is ineligible for a sentence reduction pursuant to Amendment 821 because Mr. Scott is not a zero-point offender. Rather, he is in Criminal History Category IV, *see* Final Presentence Investigation Report, Dkt. 623 at 10; Supplemental Presentence Investigation Report, Dkt. 1973 at 3; *see also* Sentencing Tr., Dkt. 723 at 6.

**SO ORDERED.**

**Date: November 20, 2026**
**New York, New York**

Valerie Caproni
**VALERIE CAPRONI**
**United States District Judge**